UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMULE J. CUNDARI,<br><br>Defendant. | No. 24-CR-30031 |

## **MOTION TO WITHDRAW AS APPOINTED COUNSEL**

NOW COMES Robert J. Scherschligt, Assistant Federal Defender, and moves to withdraw as appointed counsel in the above-captioned cause, and in support thereof, respectfully states as follows:

1. The Federal Public Defender's Office was appointed to represent the Defendant on or about May 24, 2024. (d/e May 24, 2024).

2. On June 12, 2024, Attorney Christopher C. Regelas (R. 17), entered his appearance in the above-captioned cause as counsel for the Defendant.

3. Because the Defendant has retained private counsel in this case, it is appropriate that undersigned counsel be permitted to

withdraw from the case.

WHEREFORE, the undersigned counsel prays the Honorable Court enter an Order granting him leave to withdraw as appointed counsel in the above-captioned cause.

                                      Respectfully submitted,

June 12, 2024              BY: *s/ Robert J. Scherschligt*
                                          Robert J. Scherschligt (IL No. 6216807)
                                          Assistant Federal Defender
                                          600 E. Adams St., 3rd Floor
                                          Springfield, Illinois 62701
                                          Telephone: (217) 492-5070
                                          Fax: (217) 492-5077
                                          E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          *s/ Robert J. Scherschligt*
                                                          Assistant Federal Public Defender