UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 24-CR-30031 |
| | ) | |
| SAMUEL J. CUNDARI | ) | |

### ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES

Counsel are allowed fourteen (14) days, beginning on the date of receipt of the Presentence Report, to communicate, <u>in writing</u>, to the probation officer and to opposing counsel, any objections to any material information contained in, or omitted from, the report.  If there are no objections to the contents of the report, this also must be communicated to the probation office and to opposing counsel, <u>in writing</u>, within fourteen (14) days.  The AUSA and defense counsel are requested to <u>meet</u> with the probation officer and make a good faith effort to resolve the objections.  The probation office may also conduct further investigation and either revise the report or prepare an addendum addressing all unresolved objections.  See Federal Rule of Criminal Procedure 32(f); Local Rule 32.1.

Further, counsel shall file a pleading with the Court, <u>under seal</u>, with a copy to opposing counsel and to the probation officer, entitled "[Party's] Commentary on Sentencing Factors."  The Government's commentary shall be filed at least four (4) working days prior to the sentencing hearing, and the Defendant's commentary shall be filed at least two (2) working days prior to the sentencing hearing.  This pleading shall address any sentencing factors that a party intends to raise at the hearing, such as the appropriateness of a sentence which is above or below the Guideline range, and any unresolved objections not adequately resolved by the probation office's addendum to the Presentence Report.  Such issues shall be accompanied by a supporting memorandum of law.  If parties do not wish to raise any objections or special sentencing factors, they shall so state in their Commentaries.  Commentaries shall also state the duration of the sentence that a party plans to request at the sentencing hearing.  Lastly, if parties intend to present sworn testimony at the sentencing hearing, they must include a notice of proposed witnesses, the subject of the witnesses' testimony, and the projected length of the testimony in the Commentary.  Counsels' adherence to this deadline will enable the Court to schedule sufficient time for the hearing and minimize the inconvenience to witnesses.

This implementation timetable will be strictly followed, as a failure to meet a deadline impacts all subsequent deadlines, which, in turn, could necessitate continuing the sentencing hearing.

ENTERED:     10/30/2025

                                               s/ Colleen R. Lawless
                                               COLLEEN R. LAWLESS
                                               UNITED STATES DISTRICT JUDGE